Circuit also denied. MR. JUSTICE MURPHY and MR. JUSTICE RUTLEDGE are of the opinion that the petition for certiorari should be granted. *Hayden C. Covington* for petitioner. *Acting Solicitor General Washington, Robert S. Erdahl* and *Irving S. Shapiro* for the United States.

No. 628. OLSON *v.* RAGEN, WARDEN. February 3, 1947. Petition for writ of certiorari to the Criminal Court of Cook County, Illinois, denied. Petitioner *pro se.* *George F. Barrett,* Attorney General of Illinois, and *William C. Wines,* Assistant Attorney General, for respondent.

No. 739. PIERCE *v.* UNITED STATES. February 3, 1947. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. Petitioner *pro se.* *Acting Solicitor General Washington, Robert S. Erdahl* and *Sheldon E. Bernstein* for the United States.

No. 761. ANDERSON *v.* MICHIGAN. February 3, 1947. Petition for writ of certiorari to the Supreme Court of Michigan denied.

No. 801. COYLE *v.* HEINZE, WARDEN. February 3, 1947. Petition for writ of certiorari to the Supreme Court of California denied.

No. 803. McCANN *v.* NEW YORK. February 3, 1947. Petition for writ of certiorari to the County Court of Bronx County, New York, denied.